Before the Second Division, March 17, 1966

No. 69833.—Unex Products Corp. *v.* United States, protests 63/16094, 64/4333, and 64/22996 (New York).

Opinion by Rao, C.J.   In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiff was sustained.

March 16, 1966

No. 69834.—Rifkin Textiles Corp. v. United States, protest 64/9704.— Plaintiff's application for rehearing denied.